In the Matter of the Application of JAMES A. GREENE and TIMOTHY F. DRISCOLL, Respondents, for a Peremptory Mandamus Order against JOHN J. DORMAN, as Fire Commissioner of the City of New York, Appellant.— Order, in so far as it grants alternative mandamus order, reversed upon the law, with ten dollars costs and disbursements, and motion for alternative mandamus order denied, with ten dollars costs. The petitioners' remedy was by an appeal to the board of standards and appeals under section 719 of the Greater New York Charter.█ Lazansky, P. J., Rich, Young, Kapper and Tompkins, JJ., concur.

In the Matter of the Application of SARAH LEVENTHAL, Appellant, to Cancel a Mortgage of Record. LYDECKER VAN RIPER, as Executor, etc., of LENORE B. WARNER, Deceased, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

JOHN F. JENKINS, Respondent, v. JOSEPH L. MOYSE and Others, Appellants.█— Judgment affirmed, with costs. The plaintiff, not having been a party to the foreclosure action and having been denied the right to intervene in that action, is not barred by the judgment therein from maintaining this action. We are of opinion that the John F. Jenkins Company, Inc., was incorporated, took title to plaintiff's premises and executed the bond and mortgage at the instance of the mortgagee for the express and sole purpose of enabling the mortgagee to evade the law against usury. We are also of opinion that the findings of fact are sustained by the proofs, that the trial court properly found that the loan was usurious and the bond and mortgage and all proceedings thereunder null and void. Young, Kapper, Carswell and Tompkins, JJ., concur; Lazansky, P. J., dissents upon the ground that the judgment of foreclosure against the corporation is a binding adjudication against this plaintiff.